FILED
9/11/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KSR

Judge Jeremy C. Daniel
Magistrate Judge Jeffrey T. Gilbert
RANDOM/CAT. 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. |
| v. | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |
| LUIS MIGUEL ARREOLA-LIRA | |
| | **UNDER SEAL** |

The SPECIAL APRIL 2024 GRAND JURY charges:

On or about September 7, 2023, at Elgin, in the Northern District of Illinois, Eastern Division,

LUIS MIGUEL ARREOLA-LIRA,

defendant herein, an alien who previously had been deported and removed from the United States on or about September 23, 2022, November 7, 2011, March 7, 2008, and June 10, 2005, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2), and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Andrew C. Erskine on behalf of the
ACTING UNITED STATES ATTORNEY

1